PER CURIAM.
Affirmed. Klein v. Klein, 122 So.2d 205 (Fla. 3d DCA 1960); Calligarich v. Calligarich, 256 So.2d 60 (Fla. 4th DCA 1971); Firestone v. Firestone, 263 So.2d 223 (Fla. 1972); Sharpe v. Sharpe, 267 So.2d 665 (Fla. 3d DCA 1972); Bosem v. Bosem, 279 So.2d 863 (Fla. 1973); Reback v. Reback, 296 So.2d 541 (Fla. 3d DCA 1974); Shaw v. Shaw, 334 So.2d 13 (Fla. 1976); McAllister v. McAllister, 345 So.2d 352 (Fla. 4th DCA 1977); Hawkesworth v. Hawkesworth, 345 So.2d 359 (Fla. 3d DCA 1977); Rosenberg v. Rosenberg, 352 So.2d 867 (Fla. 3d DCA 1977); Bickerstaff v. Bickerstaff, 358 So.2d 590 (Fla. 1st DCA 1978); Compare McCloskey v. McCloskey, 359 So.2d 494 (Fla. 4th DCA 1978).